Marlin E. JONES, Appellant,

v.

LEGAL AID OF NEBRASKA; David M. Pantos, Executive Director of Legal Aid of Nebraska; Jennifer Gaughan, Director of Litigation for Legal Aid of Nebraska, Appellees.

No. 11–1458.

United States Court of Appeals, Eighth Circuit.

Submitted: May 4, 2011.

Filed: May 13, 2011.

Marlin E. Jones, North Platte, NE, pro se.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Marlin E. Jones appeals the district's court's [1] order denying post-judgment motions in his lawsuit alleging violations of federal and state law. We find no basis for overturning the order. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Jones's pending motions for counsel and for copies of district court documents.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.